IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA   )
                            )
       V.                )   Criminal No.   00-217
                            )
KIMBERLY M. ATKINS       )

ORDER APPOINTING
FEDERAL PUBLIC DEFENDER

AND NOW this _26th_ day of ___September___ , _2005_ , the Court being satisfied that the above-named defendant is financially unable to obtain counsel, and said defendant not having waived the appointment of counsel;

IT IS ORDERED that the FEDERAL PUBLIC DEFENDER, 1450 Liberty Center, 1001 Liberty Ave., Pittsburgh, Pennsylvania 15222, phone number (412) 644-6565, is hereby appointed to represent the defendant in all matters related to the alleged violation of his/her period of supervised release previously imposed at the above criminal number.

PRIMARY COUNSEL:   Markéta Sims

                       PA Attorney ID #   66325

_William L. Standish_
William L. Standish
United States District Judge