IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   Criminal No. 00-217 |
| | ) |
| KIMBERLY ATKINS | ) |

ORDER

And now to wit, this 24th day of October, 2005, upon agreement of the parties, it is hereby ORDERED, ADJUDGED, and DECREED:

1) the defendant, Kimberly Atkins, shall be imprisoned for a period of six (6) months;

2) the defendant, Kimberly Atkins, shall be permitted to self-report; and,

3) no additional term of supervised release following the defendant's release from custody will be imposed.

WILLIAM L. STANDISH
Senior United States District Judge